**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **BAIRON J. ROA TORRES,** | **Civil Action No.  26-6665 (RK)** |
| **Petitioner,** | |
| **v.** | **ORDER** |
| **WARDEN, et al.,** | |
| **Respondents.** | |

Petitioner Bairon J. Roa Torres[1] has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his detention by Immigration and Customs Enforcement ("ICE") since April 16, 2026.  (ECF No. 1, Petition at ¶ 22.)

Petitioner, a citizen of Colombia, alleges that he entered the United States on July 31, 2022; he further alleges that he is in asylum proceedings, has work authorization, and has no criminal history.  (*Id.* at ¶¶ 19-30.)  This Court has held that similarly situated noncitizens are entitled to bond hearings under 8 U.S.C. § 1226(a).  *See Mejia v. Cabezas*, No. 25-CV-17094, 2025 WL 3294405, at *2 (D.N.J. Nov. 14, 2025) (holding that noncitizens who entered the United States without inspection and were later arrested in the interior of the United States could only be detained under 8 U.S.C. § 1226(a); *Correa v. Delaney Hall*, No. 26-4876, 2026 WL 1803202, at *3 (D.N.J. Jun. 23, 2026) (finding that a petitioner who was paroled into the country under 8 U.S.C. § 1182(d)(5)(A) and detained years later was entitled to a bond hearing under § 1226(a)).  Therefore, the Court finds that pre-answer habeas relief is warranted subject to

---

[1] Petitioner's mail was returned as undeliverable,  but a search of the Immigration Detainee Locator indicates that Petitioner is still detained at Delaney Hall.

Respondents' opportunity to file an expedited answer instead if they contend that the case is legally or factually distinguishable.

IT IS, on this 8th day of July 2026,

ORDERED that in accordance with 8 U.S.C. § 1226(a), within 7 days of the date of entry of this Order, Respondents shall provide Petitioner with an individualized bond hearing before an immigration judge who shall assess whether he presents a flight risk or a danger to the community, pursuant to 8 C.F.R. § 236.1(c)(8), (d)(1); and it is further

ORDERED that Petitioner shall have reasonable notice of the bond hearing, an opportunity to prepare, and be permitted to reschedule the hearing outside the seven-day period, if necessary, without seeking this Court's intervention; and it is further

ORDERED that within three (3) days of that bond hearing, Respondents shall file a written notice of the outcome of that hearing with this Court and request to close this matter; and it is further

ORDERED that, ALTERNATIVELY, if Respondents contend that this case is factually or legally distinguishable from this Court's prior decisions, they shall file an expedited answer within five (5) days of the date of entry of this Text Order; Petitioner may submit a reply brief within three (7) days of his receipt of the same; and it is further

ORDERED that the Text Order at ECF No. 3, which stays Petitioner's transfer from New Jersey, shall REMAIN IN EFFECT until this matter concludes, and the Motion for a Temporary Restraining Order at ECF No. 2 shall be terminated considering the relief provided.

_____
ROBERT KIRSCH
United States District Judge

2